IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JAMES CONTESTABLE, | No. C 11-1432 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| GREG LEWIS, Warden, | |
| Respondent. / | |

Petitioner, a California prisoner proceeding pro se, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254. He has requested that this case be dismissed without prejudice because he had intended to file the petition in state court. Petitioner's request is granted, and the case is **DISMISSED** without prejudice. *See* Fed. R. Civ. P. 41. Petitioner has also requested to have the petition mailed to him. The Clerk shall mail a copy of the petition to petitioner.

**IT IS SO ORDERED.**

Dated: April  26 , 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.11\CONTESTABLE1432.DSM.wpd